JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEWPORT BRAIN RESEARCH LABORATORY, INC., a California corporation, and NBRL V, a Nevada limited liability corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>KEVIN MURPHY, an Individual; and DOES 1 through 10,<br><br>    Defendants.<br><br>KEVIN MURPHY, M.D., an Individual,<br><br>    Counterclaimant,<br><br>vs.<br><br>THE NEWPORT BRAIN RESEARCH LABORATORY, INC., dba Brain Treatment Center, a California corporation, and NBRL V, a Nevada limited liability corporation, and, ROES 1 through 10, inclusive,<br><br>    Counter-Defendants. | CASE NO. 8:18-cv-01625-JLS-JDE<br><br>*Hon. Judge Josephine L. Staton*<br>Courtroom 10A<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[FED. R. CIV. P. RULE 41(a)(1)(A)(ii)]**<br><br>*[Proposed ] order Lodged* |

1 | WHEREAS this matter having come before this Honorable Court upon the stipulation of Plaintiffs/Counter-Defendants THE NEWPORT BRAIN RESEARCH LABORATORY, INC., a California corporation, and NBRL V, a Nevada limited liability corporation, and, Defendant/Counterclaimant Kevin Murphy, M.D., to dismiss with prejudice all claims and counterclaims in this action, with each party to bear its own costs and attorney's fees, and with good cause appearing;

IT IS HEREBY ORDERED that this action, and all claims and counterclaims brought by the parties thereto, are dismissed with prejudice. Each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: 01/06/2020

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA